General E. Pierce, Richmond, KY, pro se.

Michael D. Austin, Department of Justice, Washington, DC, for Respondent.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

### Bernardita B. ARMACHUELO, Petitioner,

v.

### OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2009–3078.

United States Court of Appeals, Federal Circuit.

Jan. 14, 2009.

Bernardita B. Armachuelo, Leyte, Philippines, pro se.

Jo Ann Chabot, Office of Personnel Management, Mariana Teresa Acevedo, Department of Justice, Washington, D.C., for Respondent.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

### Watts–Healy TIBBITTS, A JV, Plaintiff–Appellant,

v.

### UNITED STATES, Defendant–Appellee,

and

### IBC/TOA Corporation, Defendant–Appellee.

No. 2009–5003.

United States Court of Appeals, Federal Circuit.

Jan. 14, 2009.

Richard W. Oehler, Perkins Coie, LLP, Seattle, WA, for Defendant–Appellee, IBC/TOA Corporation.

Stephen C. Tosini, Department of Justice, Washington, DC, for Defendant–Appellee, United States.